IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

    Plaintiff,

v.

C/O HUNT, C/O ROTH, LT. ATWOOD and
JOHN AND JANE DOES,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-397-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

/s/      12/18/2018

Peter Oppeneer, Clerk of Court      Date